```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    )  Criminal No. 05-20 Erie
                              )
DAVID C. GRAHAM               )
```

## MOTION TO EXTEND THE TIME FOR THE
## FILING OF PRETRIAL MOTIONS

AND NOW, comes the defendant, DAVID C. GRAHAM, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, David C. Graham, has been charged in a two-count indictment with violations of Title 18, U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B); receipt of and possession of material depicting the sexual exploitation of a minor and receipt of obscene material.

2. Pursuant to an Order of Court dated June 30, 2005, certain types of pretrial motions are due on August 12, 2005.

3. Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions.

4. Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

WHEREFORE, defendant, David C. Graham, respectfully requests an extension of thirty (30) days to file pretrial motions.

Respectfully submitted,

/S/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653