IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-20 Erie |
| | ) |
| DAVID GRAHAM | ) |

**NOTICE OF CHANGE OF APPEARANCE OF COUNSEL**

NOTICE is hereby given that Christian A. Trabold, Assistant United States Attorney, is replacing Soo C. Song, Assistant United States Attorney, as counsel of record for the government in the above-criminal action.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
Federal Courthouse
17 South Park Row
Room A330
Erie, Pennsylvania 16501
(814) 452-2906 (Phone)
(814) 455-6951 (Fax)
PA ID No. 75013