IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-20 Erie |
| | ) |
| DAVID C. GRAHAM | ) |

**ORDER OF COURT**

    AND NOW, to-wit, this \_\_\_\_ day of October, 2005, upon consideration of the within Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

    IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to enable defense counsel's expert to examine the hard drive and issue a report.

    IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **January 23, 2006.**

 

_____
SEAN J. McLAUGHLIN
United States District Judge

cc:   Thomas W. Patton, AFPD
       Christian A. Trabold, AUSA