IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-20 Erie |
| | ) |
| DAVID C. GRAHAM | ) |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____, 2006, upon consideration of the within Motion for Extension of Time to File Pretrial Motions and to Continue Trial, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary for expert for the defense to examine the hard drive and issue a report before counsel for the defendant is able to adequately investigate and prepare pretrial motions and prepare for trial.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **April 24, 2006.**

IT IS FURTHER ORDERED that trial in the above case shall begin on May 8, 2006.

_____
SEAN J. McLAUGHLIN
United States District Judge