# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America, )
)
Plaintiff )
)
vs. ) No. CR 05-20 Erie
)
David Graham )
)
Defendant )

HEARING ON Change of Plea

Held on Thurs. May 25, 2006

Before Judge Sean J. McLaughlin

Christian Trabold, AUSA        Thomas Patton

Appear for Plaintiff           Appear for Defendant

Hearing begun 11:02 am         Hearing adjourned to 11:25 am

Hearing concluded C.A.V. _____ Stenographer Ron Bench

                               Clerk Nicole Kierzek

WITNESSES:

For Plaintiff                  For Defendant

Δ Sworn, Δ Competent
Δ Pleads Guilty to Counts One (1) and two (2)

Δ to be ~~scheduled~~ Sentenced on 9-15-06 @ 10am
[illegible handwriting regarding Graham forfeit computer equipment to USA]