IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 05-20 ERIE |
| | ) | |
| DAVID GRAHAM, | ) | |
| Defendant. | ) | |

## PLEA

AND NOW, the defendant, **DAVID GRAHAM,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered April 29, 2005, and now pleads GUILTY to Count(s) One (1), Two (2), in open Court this 25th day of May, 2006

_____
David Graham, Defendant

_____
Thomas W. Patton, Attorney