# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America,
        Plaintiff

vs.    No. CR 05-20 Erie

David Graham
        Defendant

HEARING ON Sentencing

Held on 10/13/06

Before Judge Sean J. McLaughlin

Christian Trabold, AUSA     Thomas W. Patton, PDA

Appear for Plaintiff     Appear for Defendant

Hearing begun 1:29 pm     Hearing adjourned to 1:50 pm

Hearing concluded C.A.V. _____     Stenographer R. Bench

Clerk Nicole Kierzen

**WITNESSES:**

For Plaintiff     For Defendant

∆ Sentenced to 60 months imprisonment @ each of Counts One and two to run concurrently. ∆ to be on Supervised Release for a term of 6 years @ each of Counts One and two to run concurrently; $200.00 Special Assessment due forthwith; Fine waived; Court Recommends that this ∆ be placed @ federal medical Center. ~~[illegible]~~. ∆ to self-report to BOP as notified by the US Marshal