```
    UNITED STATES
    DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
         Erie Division

  # 07006925 - JO    OP
  October 23, 2006


Code    Case #    Qty     Amount

IHD PCLO-05-20cr e         100.00 CA


TOTAL +                    200.00



FROM: DAVID CHAPIN
```

CR-05-20 E
special assessment
receipt # 07-25