IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 05-20-E |
| ) | |
| DAVID GRAHAM ) | |

The above named defendant satisfied the judgment of OCTOBER 13, 2006 by paying on OCTOBER 23, 2006 the full balance due on his/her court ordered:

    ___X___ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  11/06/06
Deputy Clerk                              Date