IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                               ) | |
|          Plaintiff,           ) | |
|                               ) | |
|     v.                        ) | Criminal No.  05-20 Erie |
|                               ) | |
| DAVID GRAHAM,                  ) | |
|                               ) | |
|          Defendant.           ) | |

MOTION FOR ORDER OF CRIMINAL FORFEITURE
AGAINST DAVID GRAHAM

AND NOW comes the United States of America by and through its counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Mary McKeen Houghton, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1.  On May 25, 2006, the defendant, David Graham ("Graham"), pled guilty to Counts One and Two of the Indictment.

2.  The forfeiture allegations of the Indictment provide for the criminal forfeiture of an HP Pavilion A305W, #CNC3440DVK (hereinafter, the "Subject Property") pursuant to 18 U.S.C.§ 2253(a)(3).

3. Graham has agreed to the forfeiture of his interest in the Subject Property.

4. The United States has valued the Subject Property at $500.00. Due to the minimal value of the Subject Property in this case and the costs associated with publication in a newspaper of general circulation, the advertisement should be waived.

5. A preliminary Order of forfeiture forfeiting the defendant's interest in the Subject Property should also be entered. Upon the issuance of the preliminary Order of forfeiture, the United States will provide written notice to all third parties, if any, known to the United States who may have an interest in the Subject Property. The Court will thereafter adjudicate any third party interests.

WHEREFORE, the United States respectfully requests that this Honorable Court enter an Order of Criminal Forfeiture forfeiting to the United States all right, title and interest of the defendant in the Subject Property and waiving advertisment.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By:  s/Mary McKeen Houghton
MARY MCKEEN HOUGHTON
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412)894-7370
PA ID No. 31929

## CERTIFICATE OF SERVICE

I hereby certify that the United States' Motion for Order of Criminal Forfeiture Against David Graham has been served through the electronic filing system this 12th day of March, 2007 upon the following:

> Thomas W. Patton, Esquire
> Thomas_Patton@fd.org

> s/Mary McKeen Houghton
> MARY MCKEEN HOUGHTON
> Assistant U.S. Attorney
> 700 Grant Street, Suite 4000
> Pittsburgh, PA  15219
> (412)894-7370
> PA ID No.  31929