IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID GRAHAM, )<br>)<br>Defendant. ) | Criminal No. 05-20 Erie |

ORDER OF CRIMINAL FORFEITURE
AGAINST DAVID GRAHAM

AND NOW, this ____ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of David Graham in an HP Pavilion A305W, #CNC3440DVK (hereinafter, the "Subject Property") are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C.§ 2253(a)(3).

2. Due to the value of the Subject Property, advertising is hereby waived.

3. The Court will adjudicate all third-party claims.

_____
J.