IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 05-20 Erie |
| DAVID GRAHAM, | ) |
| Defendant. | ) |

**MOTION FOR FINAL ORDER OF FORFEITURE**

AND NOW comes the United States of America by and through its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania and Mary McKeen Houghton, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1. By Order of Court dated March 14, 2007, all right, title and interest of David Graham in an HP Pavilion A305W, #CNC3440DVK (the "Subject Property") was forfeited to the United States.

2. The Order dated March 14, 2007 also directed the United States to begin ancillary forfeiture proceedings and to give written notice of the forfeiture so that third party interests, if any, could be adjudicated in accordance with 18 U.S.C. § 2253(m).

3. In accordance with the Order of Court dated March 14, 2007, advertisement of the forfeiture was waived.

4. Other than David Graham, the United States knows of no person or entity which may hold an interest in the Subject Property.

5. No claims have been filed with regard to the Subject Property. The United States is entitled to forfeiture of the Subject Property free and clear of all right, title and interest of any person or entity, including without limitation David Graham.

WHEREFORE, the United States respectfully requests that this Honorable Court enter a final Order forfeiting the Subject Property to the United States free and clear all right, title and interest of any person or entity, pursuant to 18 U.S.C. § 2253(a)(3), including without limitation David Graham.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Mary McKeen Houghton
MARY MCKEEN HOUGHTON
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412)894-7370
PA ID No. 31929

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' Motion for Final O der of Forfeiture has been served through the electronic filing system this 22nd day of March, 2007 upon the following:

>Thomas W. Patton, Esquire
>Thomas_Patton@fd.org

>s/Mary McKeen Houghton
>MARY MCKEEN HOUGHTON
>Assistant U.S. Attorney
>700 Grant Street, Suite 4000
>Pittsburgh, PA  15219
>(412)894-7370