IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DAVID GRAHAM, )<br>)<br>Defendant. ) | Criminal No. 05-20 Erie |

**FINAL ORDER OF FORFEITURE**

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the HP Pavilion A305W, #CNC3440DVK is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation David Graham.

_____
J.